United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-10455-elf
Christine F. Seltner                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1          Date Rcvd: Mar 27, 2019
                              Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
db         +Christine F. Seltner,    5856 Oxford Avenue,    Philadelphia, PA 19149-3722
cr         +Bayview Loan Servicing, LLC, A Delaware Limited Li,    c/o KEVIN G. MCDONALD,
             701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14270852   +Bayview Loan Servicing,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
             701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14263376   #+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
14269644   +Philadelphia Gas Works,    800 W Montgomery Ave.,    ATTN:Bankruptcy Dept. 3FL,
             Philadelphia,PA 19122-2898

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:06     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:42
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14263375   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 28 2019 02:47:57
             Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
14263377   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 28 2019 02:47:23
             Verizon,   Po Box 650584,    Dallas, TX 75265-0584
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Christine F. Seltner support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| CHRISTINE F. SELTNER, | : | |
| Debtor | : | Bky. No.  19-10455 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion Requesting that the Court Vacate the Prior Order Dismissing the Bankruptcy Case, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The court's Order dated **February 26, 2019 (Doc. #11 )** dismissing this bankruptcy case is **VACATED** and the above captioned bankruptcy case is **REINSTATED** effective upon the entry of this Order.

3. The Debtor shall serve a copy of this Order on all creditors and parties in interest and shall promptly thereafter file a Certification of Service.

**Date: March 27, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**