**Temple University Hospital**
2450 W Hunting Park Avenue, c/o TUHS Legal
Philadelphia, PA  19129

| Pay Group: | TW1-TUH-Weekly |
| Pay Begin Date: | 12/23/2018 |
| Pay End Date: | 12/29/2018 |

| Business Unit: | 610 |
| Advice #: | 000000001419895 |
| Advice Date: | 01/04/2019 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 10.00 | |

William J Seltner
6856 Oxford Ave
Philadelphia, PA  19149-3722

| Employee ID: | 28094 |
| Department: | 3038400-Environmental Services |
| Location: | Environmental Services |
| Job Title: | STOREROOM ATTD/ENV. SERV. |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 20.930000 | 32.00 | 669.76 | 32.00 | 669.76 | Fed OASDI/EE | 102.70 | 102.70 |
| Lead Diff | 1.000000 | 57.50 | 57.50 | 57.50 | 57.50 | Fed MED/EE | 24.02 | 24.02 |
| OT @ 1.5 | 21.807939 | 25.50 | 811.77 | 25.50 | 811.77 | Fed Withholdng | 262.20 | 262.20 |
| Holiday | 20.930000 | 8.00 | 167.44 | 8.00 | 167.44 | PA Withholdng | 50.85 | 50.85 |
| | | | | | | PA Unempl EE | 1.02 | 1.02 |
| | | | | | | PHILADELPHIA Withhol | 66.23 | 66.23 |
| **TOTAL:** | | **123.00** | **1,706.47** | **123.00** | **1,706.47** | **TOTAL:** | **507.02** | **507.02** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| SRA EE | 75.00 | 75.00 | DUE99C TUH | 12.39 | 12.39 | | | |
| 1199C Med | 50.00 | 50.00 | TH Perks | 25.81 | 25.81 | | | |
| **TOTAL:** | **125.00** | **125.00** | **TOTAL:** | **38.20** | **38.20** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,706.47 | 1,581.47 | 507.02 | 163.20 | 1,036.25 |
| YTD | 1,706.47 | 1,581.47 | 507.02 | 163.20 | 1,036.25 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Vacation | 240.00 | | Account Type | Account Number | Deposit Amount |
| Sick | 1,788.60 | Advice #000000001419895 | Savings | XXXXXXXXXX | 50.00 |
| Personal | 16.00 | | Checking | XXXXXXXXXX | 986.25 |
| | | **TOTAL:** | | | **1,036.25** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

**Temple University Hospital**
2450 W Hunting Park Avenue, c/o TUHS Legal
Philadelphia, PA 19129

| Pay Group: | TW1-TUH-Weekly |
| Pay Begin Date: | 12/16/2018 |
| Pay End Date: | 12/22/2018 |

| Business Unit: | 610 |
| Advice #: | 00000001414789 |
| Advice Date: | 12/28/2018 |

illiam J Seltner
5856 Oxford Ave
Philadelphia, PA 19149-3722

| Employee ID: | |
| Department: | 3038400-Environmental Services |
| Location: | Environmental Services |
| Job Title: | STOREROOM ATTD/ENV. SERV. |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 10.00 | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 20.930000 | 40.00 | 837.20 | 1,965.00 | 41,105.14 | Fed OASDI/EE | 101.26 | 5,068.34 |
| Lead Diff | 1.000000 | 64.50 | 64.50 | 826.50 | 826.50 | Fed MED/EE | 23.68 | 1,185.34 |
| OT @ 1.5 | 21.930078 | 24.50 | 781.43 | 1,186.50 | 37,361.46 | Fed Withholdng | 259.05 | 12,956.22 |
| Shift .90 | | | 0.00 | 21.00 | 18.91 | PA Withholdng | 50.14 | 2,509.67 |
| Holiday | | | 0.00 | 24.00 | 499.84 | PA Unempl EE | 1.01 | 50.45 |
| Vacation | | | 0.00 | 75.00 | 1,569.76 | PHILADELPHIA Withhol | 65.32 | 3,267.09 |
| Hol Pd Out | | | 0.00 | 48.00 | 1,004.64 | | | |
| Hol Pr 0.5 | | | 0.00 | 45.75 | 476.26 | | | |
| Personal | | | 0.00 | 16.00 | 334.88 | | | |
| Bonus | | | 0.00 | | 750.00 | | | |
| Uniform | | | 0.00 | | 130.00 | | | |
| TOTAL: | | 129.00 | 1,683.13 | 4,207.75 | 84,077.39 | TOTAL: | 500.46 | 25,037.11 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| SRA EE | 75.00 | 3,900.00 | DUE99C TUH | 12.39 | 644.28 | | | |
| 1199C Med | 50.00 | 2,330.00 | TH Perks | 25.81 | 1,342.12 | | | |
| TOTAL: | 125.00 | 6,230.00 | TOTAL: | 38.20 | 1,986.40 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,683.13 | 1,558.13 | 500.46 | 163.20 | 1,019.47 |
| TD | 84,077.39 | 77,847.39 | 25,037.11 | 8,216.40 | 50,823.88 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 237.40 |
| Sick | 1,786.75 |
| Personal | 16.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001414789 | Savings | XXXXXXXXX | 50.00 |
| | Checking | XXXXXXXXX. | 969.47 |
| TOTAL: | | | 1,019.47 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

**MESSAGE:**

**Temple University Hospital**
2450 W Hunting Park Avenue, c/o TUHS Legal
Philadelphia, PA 19129

| Pay Group: | TW1-TUH-Weekly |
|---|---|
| Pay Begin Date: | 12/09/2018 |
| Pay End Date: | 12/15/2018 |

| Business Unit: | 610 |
|---|---|
| Advice #: | 000000001412375 |
| Advice Date: | 12/21/2018 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 10.00 | |

...lliam J Seltner
...856 Oxford Ave
Philadelphia, PA 19149-3722

| Employee ID: | |
|---|---|
| Department: | 3038400-Environmental Services |
| Location: | Environmental Services |
| Job Title: | STOREROOM ATTD/ENV. SERV. |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD | |
| Regular | 20.930000 | 38.00 | 795.34 | 1,925.00 | 40,267.94 | Fed OASDI/EE | 106.19 | 4,967.08 | |
| OT @ 1.5 | 31.395000 | 27.25 | 855.51 | 1,162.00 | 36,580.03 | Fed MED/EE | 24.83 | 1,161.66 | |
| Vacation | 20.930000 | 2.00 | 41.86 | 75.00 | 1,569.76 | Fed Withholdng | 276.56 | 12,697.17 | |
| Uniform | | | | 70.00 | 130.00 | PA Withholdng | 52.58 | 2,459.53 | |
| Lead Diff | | | 0.00 | 762.00 | 762.00 | PA Unempl EE | 1.05 | 49.44 | |
| Shift .90 | | | 0.00 | 21.00 | 18.91 | PHILADELPHIA Withhol | 68.41 | 3,201.77 | |
| Holiday | | | 0.00 | 24.00 | 499.84 | | | | |
| Hol Pd Out | | | 0.00 | 48.00 | 1,004.64 | | | | |
| Hol Pr 0.5 | | | 0.00 | 45.75 | 476.26 | | | | |
| Personal | | | 0.00 | 16.00 | 334.88 | | | | |
| Bonus | | | 0.00 | | 750.00 | | | | |
| TOTAL: | | 67.25 | 1,762.71 | 4,078.75 | 82,394.26 | TOTAL: | 529.62 | 24,536.65 | |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| SRA EE | 75.00 | 3,825.00 | DUE99C TUH | 12.39 | 631.89 | | | |
| 1199C Med | 50.00 | 2,280.00 | TH Perks | 25.81 | 1,316.31 | | | |
| TOTAL: | 125.00 | 6,105.00 | TOTAL: | 38.20 | 1,948.20 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,762.71 | 1,637.71 | 529.62 | 163.20 | 1,069.89 |
| TD | 82,394.26 | 76,289.26 | 24,536.65 | 8,053.20 | 49,804.41 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 234.32 |
| Sick | 1,784.90 |
| Personal | 16.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001412375 | Savings | XXXXXXXXX | 50.00 |
| | Checking | XXXXXXXXX | 1,019.89 |
| TOTAL: | | | 1,069.89 |

MESSAGE:

**Temple University Hospital**
2450 W Hunting Park Avenue, c/o TUHS Legal
Philadelphia, PA 19129

| Pay Group: | TW1-TUH-Weekly |
| Pay Begin Date: | 12/09/2018 |
| Pay End Date: | 12/15/2018 |

| Business Unit: | 610 |
| Advice #: | 000000001412376 |
| Advice Date: | 12/21/2018 |

**lliam J Seltner**
856 Oxford Ave
Philadelphia, PA 19149-3722

| Employee ID: | |
| Department: | 5038400-Environmental Services |
| Location: | Environmental Services |
| Job Title: | STOREROOM ATTD/ENV. SERV. |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 10.00 | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Lead Diff | 1.000000 | 762.00 | 762.00 | 762.00 | 762.00 | Fed OASDI/EE | 54.06 | 4,967.08 |
| OT @ 1.5 | 31.395000 | -16.25 | -510.17 | 0.00 | 0.00 | Fed MED/EE | 12.65 | 1,161.66 |
| OT @ 1.5 | 34.476622 | 16.25 | 620.24 | 1,162.00 | 36,580.03 | Fed Withholdng | 108.12 | 12,697.17 |
| Regular | | 0.00 | | 1,925.00 | 40,267.94 | PA Withholdng | 26.77 | 2,459.53 |
| Shift .90 | | 0.00 | | 21.00 | 18.91 | PA Unempl EE | 0.53 | 49.44 |
| Holiday | | 0.00 | | 24.00 | 499.84 | PHILADELPHIA Withhol | 33.84 | 3,201.77 |
| Vacation | | 0.00 | | 75.00 | 1,569.76 | | | |
| Hol Pd Out | | 0.00 | | 48.00 | 1,004.64 | | | |
| Hol Pr 0.5 | | 0.00 | | 45.75 | 476.26 | | | |
| Personal | | 0.00 | | 16.00 | 334.88 | | | |
| Bonus | | 0.00 | | | 750.00 | | | |
| Uniform | | 0.00 | | | 130.00 | | | |
| **TOTAL:** | | **762.00** | **872.07** | **4,078.75** | **82,394.26** | **TOTAL:** | **235.97** | **24,536.65** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| SRA EE | 0.00 | 3,825.00 | DUE99C TUH | 0.00 | 631.89 | | | |
| 1199C Med | 0.00 | 2,280.00 | TH Perks | 0.00 | 1,316.31 | | | |

| | AFTER-TAX DEDUCTIONS | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|

| **TOTAL:** | **0.00** | **6,105.00** | **TOTAL:** | **0.00** | **1,948.20** | ***IMPUTED INCOME** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 872.07 | 872.07 | 235.97 | 0.00 | 636.10 |
| YTD | 82,394.26 | 76,289.26 | 24,536.65 | 8,053.20 | 49,804.41 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 234.32 |
| Sick | 1,784.90 |
| Personal | 16.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001412376 | Savings | XXXXXXXXX | 50.00 |
| | Checking | XXXXXXXXX | 586.10 |
| **TOTAL:** | | | **636.10** |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from an FLSA calculation.

MESSAGE:

| Temple University Hospital<br>2450 W Hunting Park Avenue, c/o TUHS Legal<br>Philadelphia, PA 19129 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | TW1-TUH-Weekly<br>12/02/2018<br>12/08/2018 | Business Unit:<br>Advice #:<br>Advice Date: | 610<br>000000001407976<br>12/14/2018 |
|---|---|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Iliam J Seltner<br>556 Oxford Ave<br>Philadelphia, PA 19149-3722 | Employee ID:<br>Department: 3038400-Environmental Services<br>Location: Environmental Services<br>Job Title: STOREROOM ATTD/ENV. SERV. | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0<br><br>10.00 | N/A<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 20.930000 | 40.00 | 837.20 | 1,887.00 | 39,472.60 | Fed OASDI/EE | 80.44 | 4,806.83 |
| OT @ 1.5 | 31.395000 | 16.25 | 510.17 | 1,134.75 | 35,614.45 | Fed MED/EE | 18.81 | 1,124.18 |
| Shift .90 | | | 0.00 | 21.00 | 18.91 | Fed Withholdng | 185.18 | 12,312.49 |
| Holiday | | | 0.00 | 24.00 | 499.84 | PA Withholdng | 39.83 | 2,380.18 |
| Vacation | | | 0.00 | 73.00 | 1,527.90 | PA Unempl EE | 0.81 | 47.86 |
| Hol Pd Out | | | 0.00 | 48.00 | 1,004.64 | PHILADELPHIA Withhol | 52.29 | 3,099.52 |
| Hol Pr 0.5 | | | 0.00 | 45.75 | 476.26 | | | |
| Personal | | | 0.00 | 16.00 | 334.88 | | | |
| Bonus | | | 0.00 | | 750.00 | | | |
| Uniform | | | 0.00 | | 60.00 | | | |
| **TOTAL:** | | 56.25 | 1,347.37 | 3,249.50 | 79,759.48 | **TOTAL:** | 377.36 | 23,771.06 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| SRA EE | 75.00 | 3,750.00 | DUE99C TUH | 12.39 | 619.50 | | | |
| 1199C Med | 50.00 | 2,230.00 | TH Perks | 25.81 | 1,290.50 | | | |
| **TOTAL:** | 125.00 | 5,980.00 | **TOTAL:** | 38.20 | 1,910.00 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,347.37 | 1,222.37 | 377.36 | 163.20 | 806.81 |
| TD | 79,759.48 | 73,779.48 | 23,771.06 | 7,890.00 | 48,098.42 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|
| Vacation | 233.24 | | Account Type | Account Numb |
| Sick | 1,783.05 | Advice #000000001407976 | Savings | XXXXXXXXX |
| Personal | 16.00 | | Checking | XXXXXXXXX |

| | Deposit Amount |
|---|---|
| Savings | 50.00 |
| Checking | 756.81 |
| **TOTAL:** | 806.81 |

MESSAGE:

| Temple University Hospital<br>2450 W Hunting Park Avenue, c/o TUHS Legal<br>Philadelphia, PA 19129 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | TW1-TUH-Weekly<br>11/18/2018<br>11/24/2018 | Business Unit:<br>Advice #:<br>Advice Date: | 610<br>000000001401154<br>11/30/2018 |
|---|---|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Iliam J Seltner<br>656 Oxford Ave<br>Philadelphia, PA 19149-3722 | Employee ID:<br>Department:      000000-Environmental Services<br>Location:        Environmental Services<br>Job Title:       STOREROOM ATTD/ENV. SERV. | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0<br><br>10.00 | N/A<br>0 |

## HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 20.930000 | 24.00 | 502.32 | 1,807.00 | 37,798.20 | Fed OASDI/EE | 64.38 | 4,635.74 |
| OT @ 1.5 | 31.395000 | 8.00 | 251.16 | 1,097.00 | 34,429.29 | Fed MED/EE | 15.05 | 1,084.16 |
| Holiday | 20.930000 | 8.00 | 167.44 | 24.00 | 499.84 | Fed Withholdng | 128.20 | 11,905.87 |
| Vacation | 20.930000 | 8.00 | 167.44 | 73.00 | 1,527.90 | PA Withholdng | 31.88 | 2,295.46 |
| Shift .90 | | | 0.00 | 21.00 | 18.91 | PA Unempl EE | 0.65 | 46.14 |
| Hol Pd Out | | | 0.00 | 48.00 | 1,004.64 | PHILADELPHIA Withhol | 42.24 | 2,988.54 |
| Hol Pr 0.5 | | | 0.00 | 45.75 | 476.26 | | | |
| Personal | | | 0.00 | 16.00 | 334.88 | | | |
| Bonus | | | 0.00 | | 750.00 | | | |
| Uniform | | | 0.00 | | 60.00 | | | |
| TOTAL: | | 48.00 | 1,088.36 | 3,131.75 | 76,899.92 | TOTAL: | 282.40 | 22,955.91 |

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| SRA EE | 75.00 | 3,600.00 | DUE99C TUH | 12.39 | 594.72 | | | |
| 1199C Med | 50.00 | 2,130.00 | TH Perks | 25.81 | 1,238.88 | | | |
| TOTAL: | 125.00 | 5,730.00 | TOTAL: | 38.20 | 1,833.60 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,088.36 | 963.36 | 282.40 | 163.20 | 642.76 |
| TD | 76,899.92 | 71,169.92 | 22,955.91 | 7,563.60 | 46,380.41 |

| BENEFIT TIME | BALANCE | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| Vacation | 227.08 | | Account Type | Account Number | Deposit Amount |
| Sick | 1,779.35 | Advice #000000001401154 | Savings | XXXXXXXXX | 50.00 |
| Personal | 16.00 | | Checking | XXXXXXXXX | 592.76 |
| | | | | | |
| | | | TOTAL: | | 642.76 |

MESSAGE:

**Temple University Hospital**
2450 W Hunting Park Avenue, c/o TUHS Legal
Philadelphia, PA  19129

| | |
|---|---|
| Pay Group: | TW1-TUH-Weekly |
| Pay Begin Date: | 11/11/2018 |
| Pay End Date: | 11/17/2018 |

| | |
|---|---|
| Business Unit: | 610 |
| Advice #: | 000000001399441 |
| Advice Date: | 11/21/2018 |

illiam J Seltner
656 Oxford Ave
Philadelphia, PA  19149-3722

| | |
|---|---|
| Employee ID: | |
| Department: | 3038400-Environmental Services |
| Location: | Environmental Services |
| Job Title: | STOREROOM ATTD/ENV. SERV. |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 10.00 | |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 20.930000 | 32.00 | 669.76 | 1,783.00 | 37,295.88 |
| OT @ 1.5 | 31.395000 | 5.50 | 172.67 | 1,089.00 | 34,178.13 |
| Vacation | 20.930000 | 8.00 | 167.44 | 65.00 | 1,360.46 |
| Shift .90 | | | 0.00 | 21.00 | 18.91 |
| Holiday | | | 0.00 | 16.00 | 332.40 |
| Hol Pd Out | | | 0.00 | 48.00 | 1,004.64 |
| Hol Pr 0.5 | | | 0.00 | 45.75 | 476.26 |
| Personal | | | 0.00 | 16.00 | 334.88 |
| Bonus | | | 0.00 | | 750.00 |
| Uniform | | | 0.00 | | 60.00 |
| **TOTAL:** | | **45.50** | **1,009.87** | **3,083.75** | **75,811.56** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 59.52 | 4,571.36 |
| Fed MED/EE | 13.92 | 1,069.11 |
| Fed Withholdng | 110.93 | 11,777.67 |
| PA Withholdng | 29.47 | 2,263.58 |
| PA Unempl EE | 0.61 | 45.49 |
| PHILADELPHIA Withhol | 39.19 | 2,946.30 |
| **TOTAL:** | **253.64** | **22,673.51** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| SRA EE | 75.00 | 3,525.00 |
| 1199C Med | 50.00 | 2,080.00 |
| **TOTAL:** | **125.00** | **5,605.00** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| DUE99C TUH | 12.39 | 582.33 |
| TH Perks | 25.81 | 1,213.07 |
| **TOTAL:** | **38.20** | **1,795.40** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,009.87 | 884.87 | 253.64 | 163.20 | 593.03 |
| TD | 75,811.56 | 70,206.56 | 22,673.51 | 7,400.40 | 45,737.65 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 232.00 |
| Sick | 1,777.50 |
| Personal | 16.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001399441 | Savings | XXXXXXXXXX | 50.00 |
| | Checking | XXXXXXXXX | 543.03 |
| **TOTAL:** | | | **593.03** |

MESSAGE:

**Temple University Hospital**
2450 W Hunting Park Avenue, c/o TUHS Legal
Philadelphia, PA  19129

| | |
|---|---|
| Pay Group: | TW1-TUH-Weekly |
| Pay Begin Date: | 11/04/2018 |
| Pay End Date: | 11/10/2018 |

| | |
|---|---|
| Business Unit: | 610 |
| Advice #: | **000000001397023** |
| Advice Date: | 11/16/2018 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 10.00 | |

William J Seltner
5856 Oxford Ave
Philadelphia, PA  19149-3722

| | |
|---|---|
| Employee ID: | |
| Department: | 3038400-Environmental Services |
| Location: | Environmental Services |
| Job Title: | STOREROOM ATTD/ENV. SERV. |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 20.930000 | 40.00 | 837.20 | 1,751.00 | 36,626.12 |
| OT @ 1.5 | 31.395000 | 21.25 | 667.14 | 1,083.50 | 34,005.46 |
| Shift .90 | | 0.00 | | 21.00 | 18.91 |
| Holiday | | 0.00 | | 16.00 | 332.40 |
| Vacation | | 0.00 | | 57.00 | 1,193.02 |
| Hol Pd Out | | 0.00 | | 48.00 | 1,004.64 |
| Hol Pr 0.5 | | 0.00 | | 45.75 | 476.26 |
| Personal | | 0.00 | | 16.00 | 334.88 |
| Bonus | | 0.00 | | | 750.00 |
| Uniform | | 0.00 | | | 60.00 |
| **TOTAL:** | | **61.25** | **1,504.34** | **3,038.25** | **74,801.69** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 90.16 | 4,511.84 |
| Fed MED/EE | 21.09 | 1,055.19 |
| Fed Withholdng | 219.71 | 11,666.74 |
| PA Withholdng | 44.65 | 2,234.11 |
| PA Unempl EE | 0.90 | 44.88 |
| PHILADELPHIA Withhol | 58.38 | 2,907.11 |
| **TOTAL:** | **434.89** | **22,419.87** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| SRA EE | 75.00 | 3,450.00 |
| 1199C Med | 50.00 | 2,030.00 |
| **TOTAL:** | **125.00** | **5,480.00** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| DUE99C TUH | 12.39 | 569.94 |
| TH Perks | 25.81 | 1,187.26 |
| **TOTAL:** | **38.20** | **1,757.20** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| | | |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,504.34 | 1,379.34 | 434.89 | 163.20 | 906.25 |
| YTD | 74,801.69 | 69,321.69 | 22,419.87 | 7,237.20 | 45,144.62 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 240.00 |
| Sick | 1,775.65 |
| Personal | 16.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001397023 | Savings | XXXXXXXXX | 50.00 |
| | Checking | XXXXXXXXX | 856.25 |
| **TOTAL:** | | | **906.25** |

MESSAGE:

**Temple University Hospital**
2450 W Hunting Park Avenue, c/o TUHS Legal
Philadelphia, PA  19129

| Pay Group: | TW1-TUH-Weekly |
|---|---|
| Pay Begin Date: | 10/21/2018 |
| Pay End Date: | 10/27/2018 |

| Business Unit: | 610 |
|---|---|
| Advice #: | 000000001387489 |
| Advice Date: | 11/02/2018 |

illiam J Seltner
5856 Oxford Ave
Philadelphia, PA  19149-3722

| Employee ID: | |
|---|---|
| Department: | 3038400-Environmental Services |
| Location: | Environmental Services |
| Job Title: | STOREROOM ATTD/ENV. SERV. |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Single | N/A |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 10.00 | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 20.930000 | 40.00 | 837.20 | 1,671.00 | 34,951.72 | Fed OASDI/EE | 115.96 | 4,356.32 |
| OT @ 1.5 | 31.395000 | 34.50 | 1,083.13 | 1,053.75 | 33,071.46 | Fed MED/EE | 27.12 | 1,018.82 |
| Shift .90 | | | 0.00 | 21.00 | 18.91 | Fed Withholdng | 313.99 | 11,315.38 |
| Holiday | | | 0.00 | 16.00 | 332.40 | PA Withholdng | 57.42 | 2,157.10 |
| Vacation | | | 0.00 | 57.00 | 1,193.02 | PA Unempl EE | 1.16 | 43.32 |
| Hol Pd Out | | | 0.00 | 48.00 | 1,004.64 | PHILADELPHIA Withhol | 74.53 | 2,805.88 |
| Hol Pr 0.5 | | | 0.00 | 45.75 | 476.26 | | | |
| Personal | | | 0.00 | 16.00 | 334.88 | | | |
| Bonus | | | 0.00 | | 750.00 | | | |
| Uniform | | | 0.00 | | 60.00 | | | |
| **TOTAL:** | | 74.50 | 1,920.33 | 2,928.50 | 72,193.29 | **TOTAL:** | 590.18 | 21,696.82 |

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| SRA EE | 75.00 | 3,300.00 | DUE99C TUH | 12.39 | 545.16 | | | |
| 1199C Med | 50.00 | 1,930.00 | TH Perks | 25.81 | 1,135.64 | | | |
| **TOTAL:** | 125.00 | 5,230.00 | **TOTAL:** | 38.20 | 1,680.80 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,920.33 | 1,795.33 | 590.18 | 163.20 | 1,166.95 |
| YTD | 72,193.29 | 66,963.29 | 21,696.82 | 6,910.80 | 43,585.67 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 240.00 |
| Sick | 1,771.95 |
| Personal | 16.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001387489 | Savings | XXXXXXXXX | 50.00 |
| | Checking | XXXXXXXXX | 1,116.95 |
| **TOTAL:** | | | 1,166.95 |

MESSAGE: