# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-10455-ELF

CHRISTINE F SELTNER

5856 OXFORD AVENUE

PHILADELPHIA, PA 19149

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
CHRISTINE F SELTNER

5856 OXFORD AVENUE

PHILADELPHIA, PA 19149

**Counsel for debtor(s), by electronic notice only.**
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 5/28/2019

/s/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee